# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**KILA A MURRAY, mother and next of friend of JA'KASEY DARNELL BROWN, a minor**                                                    **PLAINTIFF**

**v.**                                                                                                  **CIVIL ACTION NO. 2:17-CV-55-KS-MTP**

**UNITED STATES OF AMERICA**                                                                **DEFENDANT**

## ORDER

On July 17, 2017, the United States of America ("Movant") filed its Motion to Dismiss [4]. Plaintiff ("Respondent") has until on or before **July 31, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **August 7, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __17th__ day of July, 2017.

                                                    __s/Keith Starrett_____
                                                  KEITH STARRETT
                                                  UNITED STATES DISTRICT JUDGE